# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Luke Boller | ) | |
| Plaintiff, | ) ) ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Nathan D. Martin et al | ) ) | Case No. 1:18-cv-157 |
| Defendants. | ) | |

Before the court is a motion for attorney Howard W. Sussman to appear *pro hac vice* on Luke Boller's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Howard W. Sussman has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motion (Docket No. 9) is **GRANTED**. Attorney Howard W. Sussman is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2018.

                                                    */s/ Charles S. Miller, Jr.*
                                                   Charles S. Miller, Jr.
                                                   United States Magistrate Judge