# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Luke Boller, | ) |
|       Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Nathan D. Martin and Tim K. Karst d/b/a Karst Trucking, | ) Case No. 1:18-cv-157 |
|       Defendants. | ) |

Before the court is a motion for attorney Julius W. Gernes to appear *pro hac vice* on Defendants' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Gernes has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Defendants' motion (Docket No. 13) is **GRANTED**. Attorney Gernes is admitted to practice before this court in the above-entitled action on behalf of the Defendants.

**IT IS SO ORDERED.**

Dated this 3rd day of October, 2018.

                                                   */s/ Charles S. Miller, Jr.*
                                                 Charles S. Miller, Jr.
                                                 United States Magistrate Judge