# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Luke Boller, | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) Case No. 1:18-cv-157 |
| Nathan D. Martin and Tim J. Karst, dba Karst Trucking, | ) |
| Defendants. | ) |

On May 15, 2019, the parties filed a Joint Stipulation for Dismissal with Prejudice. The court **ADOPTS** the parties' stipulation (Doc. No. 23) and **DISMISSES** the above-entitled action. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated this 5th day of June, 2019.

                                                          */s/ Charles S. Miller, Jr.*
                                                          Charles S. Miller, Jr., Magistrate Judge
                                                          United States District Court